IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JENNIFER L. BRINKMEIER<br><br>Plaintiff,<br><br>v.<br><br>GRACO CHILDREN'S PRODUCTS INC.<br><br>Defendant. | Civil Action No. 09-cv-262-JJF<br><br>**JURY TRIAL DEMANDED** |

## ORDER

WHEREAS, the Court having considered Plaintiff's Unopposed Motion for Leave to File Second Amended Complaint;

IT IS HEREBY ORDERED this 29 day of June, 2010 that the Motion is GRANTED and that Plaintiff is permitted to file her amended pleading in the form attached as Exhibit 1 to the Motion. The amended pleading is deemed filed and served on the date of this Order.

Joseph J. Farnan, Jr.
United States District Judge