IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JENNIFER L. BRINKMEIER, | : |
| Plaintiff, | : |
| v. | : C. A. No. 09-262-LPS |
| GRACO CHILDREN'S PRODUCTS INC., | : |
| Defendant. | : |

### ORDER

At Wilmington this 30th day of September, 2010.

IT IS ORDERED that oral argument is hereby scheduled for **December 20, 2010 at 10:00 a.m.** in Courtroom 6C on the pending motion to dismiss (D.I. 37). Each side will be given 30 minutes to present argument.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES DISTRICT JUDGE